# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1539**

**KA 09-02127**

PRESENT: SCUDDER, P.J., SMITH, GREEN, PINE, AND GORSKI, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

COLBY FOSS, III, DEFENDANT-APPELLANT.

---

DAVID J. FARRUGIA, PUBLIC DEFENDER, LOCKPORT (JOSEPH G. FRAZIER OF COUNSEL), FOR DEFENDANT-APPELLANT.

COLBY FOSS, III, DEFENDANT-APPELLANT PRO SE.

MICHAEL J. VIOLANTE, DISTRICT ATTORNEY, LOCKPORT (THOMAS H. BRANDT OF COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered June 1, 2005. The judgment convicted defendant, upon a jury verdict, of criminal sexual act in the first degree (three counts) and endangering the welfare of a child.

It is hereby ORDERED that the judgment so appealed from is affirmed.

All concur except PINE, J., who is not participating.

Entered:  February 10, 2011                          Patricia L. Morgan
                                                     Clerk of the Court